UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEYOND NUCLEAR, et al.,

        Plaintiffs,                      Case No. 1:25-cv-01463-HYJ-SJB

v.                                  Hon. Hala Y. Jarbou

UNITED STATES NUCLEAR
REGULATORY COMMISSION, et al.,

        Defendants.
_____/

**NOTICE REGARDING ASSIGNMENT OF CASE
AND NOTICE OF DEFICIENCY**

      NOTICE is hereby given that the above-captioned case was electronically filed in this court on November 14, 2025.  The case has been assigned to Hala Y. Jarbou.

      The filing party has failed to submit a **corporate disclosure statement** as required by FRCP 7.1.  Counsel is required to file this form, even if there is no corporate affiliation to disclose, for every corporate party. A form for this purpose is available on the court website at www.miwd.uscourts.gov.

                                                  CLERK OF COURT

Dated:  November 18, 2025        By:   /s/ P. Woods         
                                              Deputy Clerk