UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


BEYOND NUCLEAR, et al.,

     Plaintiffs,

                                    Case No. 1:25-cv-1463

v.

                                    Hon. Hala Y. Jarbou

UNITED STATES NUCLEAR
REGULATORY COMMISSION, et al.,

     Defendants.

_____/

### **ORDER**

Before the Court are Holtec Decommissioning International, LLC's Motion to Stay Deadlines Pending Ruling on Motions to Dismiss (ECF No. 27) and the United States' Unopposed Motion to Extend Case Management Order Deadlines (ECF No. 29).

Accordingly,

**IT IS ORDERED** that Holtec Decommissioning International, LLC's Motion to Stay (ECF No. 27) is **DENIED**.

**IT IS FURTHER ORDERED** that the United States' motion to extend deadlines (ECF No. 29) is **GRANTED**.  The deadlines are modified as follows:

| | |
|---|---:|
| Administrative Record to be E-filed: | May 18, 2026 |
| Briefs Regarding Administrative Decision Due:<br>                    Cross-Motions for Summary Judgment:<br>                                  Responses:<br>                                    Replies: | <br>June 15, 2026<br>July 13, 2026<br>July 27, 2026 |


Dated: March 20, 2026                    /s/ Hala Y. Jarbou
                                          HALA Y. JARBOU
                                          CHIEF UNITED STATES DISTRICT JUDGE